Andrea G. BRIGGS, Plaintiff—
Appellant,

v.

Deborah K. CHASANOW, Judge, 4th Circuit—District Court; Catherine C. Blake, Judge, 4th Circuit—District Court; William D. Quarles, Jr., Judge, 4th Circuit—District Court; J. Frederick Motz, Judge, 4th Circuit—District Court; M. Blane Michael, Judge, 4th Circuit—Court of Appeals; Robert B. King, Judge, 4th Circuit—Court of Appeals; William B. Traxler, Jr., Judge, 4th Circuit—Court of Appeals; H. Emory Widener, Jr., Judge, 4th Circuit—Court of Appeals; J. Harvie Wilkinson, III, Judge, 4th Circuit—Court of Appeals; Karen J. Williams, Judge, 4th Circuit—Court of Appeals; Judge Sneed, 4th Circuit—Court of Appeals; Clyde H. Hamilton, Senior Judge, 4th Circuit—Court of Appeals; J. Michael Luttig, Judge, 4th Circuit—Court of Appeals; William Session, Judge, 2nd Circuit—U. S. District Court—Vermont; Richard C. Wesley, Judge,

Court of Appeals for the 2nd Circuit—New York; Debra Ann Livingston, Judge, Court of Appeals for the 2nd Circuit—New York; Brian Cogan, Judge; Rosemary Pooler, Judge, Court of Appeals for the 2nd Circuit—New York; Peter W. Hall, Judge, Court of Appeals for the 2nd Circuit—New York; David G. Trager, Judge; Michael J. Astrue, Commissioner of Social Security Administration; Hilda L. Solis, Secretary, U.S. Department of Labor; Eric H. Holder, Jr., Attorney General of the United States; Carol L. Shea, Chief Civil Division; Mary Patrice Brown, Office of Professional Responsibility; Rod J. Rosenstein, U.S. Attorney—Maryland; Stephen Schenning, U.S. Attorney—Maryland; Allen Loucke, U.S. Attorney—Maryland; A. Frederick, Assistant U.S. Attorney—Maryland; Thomas D. Anderson, U.S. Attorney—Vermont; Heather Ross, Assistant U.S. Attorney—Vermont; Timothy B. Tomasi, U.S. Attorney—Vermont; Leon Panetta, Director of Central Intelligence Agency; Dennis C. Blair, Director of National Intelligence, Defendants—Appellees,

v.

Social Security Administration,
Party–in–Interest.

No. 10–1457.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 25, 2010.

Andrea G. Briggs, Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrea G. Briggs appeals the district court's orders denying relief on her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Briggs v. Chasanow*, No. 8:10–cv–0679–AW (D. Md. March 25, 2010; filed April 6, 2010, and entered April 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*